JOHN J. BAKER, JR., ET AL. *v.* SUN REFINING
AND MARKETING COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 14 Conn. App. 804, is denied.

*Lisa M. Lopez,* in support of the petition.

*Dominic Fulco III,* in opposition.

Decided April 29, 1988

HENRY O. BRIGGS *v.* STATE EMPLOYEES
RETIREMENT COMMISSION

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 477, is granted, limited to the following issue: "Did the Appellate Court err in concluding that the state employment retirement commission was required as a matter of law to find from the evidence that the plaintiff had become 'permanently disabled from continuing to render the service in which he has been employed as a result of any injury received while in the performance of his duty as a state employee' pursuant to General Statutes Section 5-169 (b)?"

*Richard T. Sponzo,* assistant attorney general, in support of the petition.

*Edward Gallant,* in opposition.

Decided April 29, 1988

BURLINGTON CONSTRUCTION COMPANY, INC. *v.*
R. C. EQUIPMENT AND CONSTRUCTION, INC.

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 505, is denied.

*Edward J. Gallagher,* in support of the petition.

Decided April 29, 1988